**Opinion issued April 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00215-CV

_____

**CAMPBELL CONCRETE & MATERIALS, LLC F/K/A/ CAMPBELL CONCRETE & MATERIALS, LP, Appellant**

**V.**

**WELLS FARGO BANK, N.A., TRUSTEE, Appellee**

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Case No. 13-DCV-210992**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss this appeal with prejudice because the parties have settled their differences. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.